IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | BRIAN BEAIRD, | ) | |
| | | ) | |
| | **Plaintiff,** | ) | |
| v. | | ) | CIV-20-472-KEW |
| | | ) | |
| 1. | O.K. FOODS, INC., A BACHOCO COMPANY, | ) ) | |
| | | ) | **Jury Trial Demanded** |
| | **Defendant.** | ) | **Attorney Lien Claimed** |

## JOINT STATUS REPORT

Pursuant to Federal Rules of Civil Procedure 26(f) a meeting was held on <u>March 25, 2021</u> at <u>10:00 a.m.</u>. Plaintiff appearing by counsel <u>Jana B. Leonard of Leonard & Associates, PLLC,</u> and defendant appearing by counsel <u>Scott Wray of Kutak Rock, LLP</u>.

1.    Summary of Claims:

Plaintiff asserts claims based on: (a) violations of the Family Medical Leave Act; (b) discrimination and retaliation in violation of the Americans With Disabilities Act; (c) discrimination based on age in violation of the Age Discrimination in Employment Act; and (d) workers' compensation retaliation. Plaintiff (who was born in 3/1968) worked at Defendant's plant in Heavener, OK for approximately 25 years and was terminated on or about December 22, 2019. During his employment, Plaintiff sustained two on-the-job injuries. He also suffered from diabetes.

2.    Summary of Defenses:

Defendant asserts that all actions taken with respect to Plaintiff during his employment with O.K. Foods were made in good fath and for non-discriminatory and non-retaliatory reasons. Further, O.K. Foods has pled and preserved all applicable defenses under Fed. R. Civ. P. 8(c) and 12 (b). (See Doc. 8).

3.    Stipulations:
    A.    Jurisdiction Admitted:    _____ Yes    __X__ No  Explain: Defendant alleges the Court does not have subject matter jurisdiction of the workers' compensation retaliation claim.

    B.    Venue appropriate:    __X__ Yes    _____ No  Explain: _____

    C.    Facts:

The parties stipulate to the following facts:

    1.    Plaintiff began working for O.K. Foods, Inc. on or about September 22, 1997.

    2.    Plaintiff was over the age of 40 at the time of his termination.

    3.    Plaintiff's employment was terminated on or about December 22, 2019.

    D.    Law:

The parties make the following stipulations under the applicable law:

    1.    Plaintiff is over the age of 40 as required to state a claim under the ADEA.

4. Discovery Plan: The parties jointly propose to the Court the following discovery plan: (Use separate paragraphs or subparagraphs as necessary if parties disagree.)

Discovery will be needed on the following subjects:

1. Plaintiff's claims of discrimination and retaliation;

2. Defendant's defenses; and

3. Plaintiff's alleged damages and mitigation of damages.

All discovery commenced in time to be completed by <u>October 31, 2021</u>.

Maximum of <u>25</u> interrogatories by each party to any other party. Responses due <u>30</u> days after service.

Maximum of <u>25</u> requests for admission by each party to any other party. Responses due <u>30</u> days after service.

Maximum of <u>10</u> depositions by plaintiff(s) and <u>10</u> by defendant(s).

Each deposition limited to maximum of <u>7</u> hours unless extended by agreement of parties.

5. All parties consent to trial before Magistrate Judge?
    <u>  X  </u> Yes   <u>          </u> No   (If yes is marked you must sign and file a consent form)

6.    Settlement Plan:
Settlement Conference requested after <u>September 1, 2021</u>.
Other ADR (explain). <u> N/A </u>

7.    Estimated Litigation Costs:
   - A.   Plaintiff
     - (1) Through discovery cutoff    $ <u>60,000.00</u>
     - (2) Discovery cutoff through trial   $ <u>30,000.00</u>
     - (3) Appeal    $ <u>10,000.00</u>
     - Total   $ <u>100,000.00</u>

   - B.   Defendant
     - (1) Through discovery cutoff    $ <u>40,000.00</u>
     - (2) Discovery cutoff through trial   $ <u>40,000.00</u>
     - (3) Appeal    $ <u>N/A</u>
     - Total   $ <u>80,000.00</u>

   **GRAND TOTAL (All Parties)**    $ <u>180,000.00</u>

   Actual amount in controversy: In excess of $100,000.00
   (may be expressed in a dollar range)

APPROVED:

| | |
|---|---|
| S/ Jana B. Leonard | S/ Scott E. Wray |
| Jana B. Leonard, OBA #17844 | Scott E. Wray, OBA #17374 |
| LEONARD & ASSOCIATES, PLLC | J.R. Carroll, OBA #33084 |
| 8265 S. Walker | KUTAK ROCK, LLP |
| Oklahoma City, OK 73139 | 234 E. Millsap Road, Suite 200 |
| (405) 239-3800 (telephone) | Fayetteville, AR 72703 |
| (405) 239-3801 (facsimile) | (479) 695-3846 (telephone) |
| leonardjb@leonardlaw.net | (479) 973-0007 (facsimile) |
| Attorney for Plaintiff | scott.wray@kutakrock.com |
| | jr.carroll@kutakrock.com |
| | Attorney for Defendant |