### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   BRIAN BEAIRD, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| v. | ) | CIV-20-472-KEW |
| | ) | |
| 1.   O.K. FOODS, INC., A BACHOCO COMPANY, | ) ) | |
| | ) | **Jury Trial Demanded** |
|        Defendant. | ) | **Attorney Lien Claimed** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Brian Beaird, hereby stipulates with the Defendant, O.K. Foods, Inc., a Bachoco Company, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF JUNE, 2021.**

s/ Jana B. Leonard
JANA B. LEONARD, OBA# 17844
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. WALKER
OKLAHOMA CITY, OK 73139
(405) 239-3800     (telephone)
(405) 239-3801     (facsimile)
leonardjb@leonardlaw.net

                                        s/Scott E. Wray
                                        Scott E. Wray, OBA #17374
J.R. Carroll, OBA #33084
KUTAK ROCK, LLP
234 E. Millsap Road, Suite 200
Fayetteville, AR 72703
(479) 695-3846    (telephone)
(479) 973-0007    (facsimile)
scott.wray@kutakrock.com
jr.carroll@kutakrock.com